E-FILED
Wednesday, 06 March, 2019 03:36:08 PM
Clerk, U.S. District Court, ILCD

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

MAR – 6 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-20019 |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Sections 2251(a) and (e); |
| GARY L. BOYLE, | ) | 2252A(a)(5)(B) and (b)(2); and 2253. |
| | ) | |
| Defendant. | ) | |

SEALED

## I N D I C T M E N T

### COUNT ONE
#### (Sexual Exploitation of a Child)

**THE GRAND JURY CHARGES:**

On or about February 4, 2019, in Macon County, in the Central District of Illinois, and elsewhere, the defendant,

### GARY L. BOYLE,

knowingly used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit conduct, and attempted to do so, for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
**(Sexual Exploitation of a Child)**

**THE GRAND JURY FURTHER CHARGES:**

On or about February 4, 2019, in Macon County, in the Central District of Illinois, and elsewhere, the defendant,

### GARY L. BOYLE,

knowingly used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

2

## COUNT THREE
### (Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES:**

On or about February 4, 2019, in Macon County, in the Central District of Illinois, and elsewhere, the defendant,

### GARY L. BOYLE,

knowingly used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### (Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES:**

On or about February 4, 2019, in Macon County, in the Central District of Illinois, and elsewhere, the defendant,

### GARY L. BOYLE,

knowingly used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE
### (Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES:**

On or about February 4, 2019, in Macon County, in the Central District of Illinois, and elsewhere, the defendant,

**GARY L. BOYLE**,

knowingly used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and

4

affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SIX
### (Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES:**

On or about February 4, 2019, in Macon County, in the Central District of Illinois, and elsewhere, the defendant,

**GARY L. BOYLE,**

knowingly used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit conduct, and attempted to do so, for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and

5

transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SEVEN
### (Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES:**

On or about February 4, 2019, in Macon County, in the Central District of Illinois, and elsewhere, the defendant,

**GARY L. BOYLE**,

knowingly used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT EIGHT
### (Possession of Child Pornography)

**THE GRAND JURY FURTHER CHARGES THAT:**

6

On or about February 21, 2019, in Macon County, in the Central District of Illinois, the defendant,

**GARY L. BOYLE**,

knowingly possessed cellular telephones and other digital storage materials, containing images and videos of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A)and (B), that involved a minor who had not attained twelve years of age, in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE NOTICE

1.      The charges contained in Counts One through Eight are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      For his engagement in the violations alleged in Counts One through Eight, the defendant,

**GARY L. BOYLE**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

7

a. Any visual depictions or other matter containing such visual depictions, which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Eight;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Eight of this Indictment; and

c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Eight of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly

and use of the aforementioned hardware and software, including the specific equipment listed:

- LG model LG-G710 cellular phone

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

s/Foreperson

_____

FOREPERSON

s/Gregory Gilmore

JOHN C. MILHISER
United States Attorney
EMP

9